ORIGINAL

PRISONER CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__DALLAS__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 27 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

__Dustin Sullivan  21026675__
Plaintiff's Name and ID Number

__DALLAS COUNTY JAIL__
Place of Confinement

CASE NO. __3-22CV1162-G__
(Clerk will assign the number)

v.

__DALLAS COUNTY Sherrif Department   133 N Riverfront blvd  DAllAs Tx. 75207__
Defendant's Name and Address

__Detective moffit, I.A   133 N. Riverfront Blvd  DAllAs Tx 75207__
Defendant's Name and Address

_____
Defendant's Name and Address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES **X** NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____
        2. Parties to previous lawsuit:
           Plaintiff(s)_____
           Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned:_____
        6. Disposition: (Was the case dismissed, appealed, still pending?)_____
        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: DALLAS COUNTY JAIL

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: DALLAS COUNTY SHERRIF DEPT
133. N Riverfront blvd
DALLAS TX 75207

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: OFFICER NICHOLSON {DSO/Jailer} who was assigned to (2P13) west tower DALLAS county Sherrif Dept 133. N. Riverfront Blvd. Dallas TX 75207
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violated my 8th admendment by Assulting me. violated my 14th amendment by Discrimination

Defendant #2: OFFICER GARCIA {DSO/Jailer} (officer who arrived by officer assist) DALLAS County Sherrif Dept 133 N Riverfront Blvd. DALLAS TX 75207
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violated my 8th amendment by Assulting me essessivily and maliciously

Defendant #3: SGT. JANE DOE {Sargent of Jailers} (sargent who arrived at officer assist) DALLAS County Sherrif Dept 133 N Riverfront Blvd Dallas TX 75207
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
violated my 8th amendment by failing to protect me from Assult

Defendant #4: JANE DOE {nurse employed By parkland Correctional Health
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violated my 8th amendment by failing to administer adequate medical Remedy

Defendant #5: JOHN DOE {DSO/Jailer} (officer arrived with officer assist DALLAS County Sherrif Dept 133 N Riverfront Blvd DALLAS TX 750207
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Violated my 8th amendment by Assulting me essessivily and maliciously

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

① On 11-12-21 me and officer nicholson had words with each other. officer nicholson Reffered to me as A sex offender because of me being housed on an abuse tank. He was upset because me and other inmates were Requesting a sargent to Deal with another inmate who was refusing housing. Officer Cannon noticed the arguement between me and nicholson getting tense so he Removed officer nicholson off the pod 2p13 @ 2:00pm ② While picking me up from visitation around 7pm officer nicholson Repetedly chest bumped me and pushed me in my chest area. while in the visitation hallway on the 2nd floor. While pushing and chest bumping me officer nicholson

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Set A trial to hold the officers and Jailers administrators accountible for their actions. To Determine the Guilt of their actions. Compensatory Damages. Injunctive Relief monitary Relief

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Dustin Sullivan

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDC# - 1490917 - 21026675 county Jail I.D

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES   ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied?   ___YES ___NO

4

V. Statement of claim (continuation)

continued to threaten me. Telling me I wasn't as tough as I thought I was He Repeatedly asked me if I wanted to fight. I Reminded him of the camras and how I didn't want a new charge. leaving out of the visitation into the main hallway other officers Removed nicHolson out of my face and escorted me back to 2p13. ③ while on the pod around 745 pm my name was called and I was instructed to pack up because I was being moved. I Requested to speak to A sargent and A video Recorder. officer nicHolson whispered to officer Garcia and they called for additional officers. once the sargent arrived nickleson was ordered off the pod for cursing and threating me. ④ At that point officer Garcia Reminded me there was no way out of my ass whoopin stating that the officers will always stick together. At that point he pulled out his mace and sprayed me continuously. After ordering me to the floor I attempted to kneel but was sprayed with more gas. while I was facing the wall and walking away from the conflict I was punched by officer Garcia in my head and was thrown to the ground where in 2p13 cell B I was punched and kicked by over 10 officers. Officer Peterson began yelling the assult was enough and for others officers to stop the assult but the assult Resumed for another 40 seconds or so. During the assult I lost conciousness twice. After punching and kicking me I was dragged to my feet by my hair and pulled into the dayroom where my hair continued to be pulled. I was forced chest first into A table with a knee in my back that prevented me from breathing. ⑤ I was then escourted to the nurse on the 2nd floor where no Aid was Given. I Repetedly told the nurse I blacked out and had A pounding headache, cuts and lesions. my medical attention was denyed. ⑥ I was then escorted with another inmate who was assulted and witnessed my assult. (ashton Dodd) to the hold over. while I was in the hold over I told sargent Richey I needed to see medical. He instructed officer Gonzalez and other officers to take me back to medical where they took pictures, cleared Blood from my busted head and documented my injuries. ⑦ Then I was escourted back to the holding cell where I complained of a concussion but was denyed help. The next morning on 11.13.21 The paramedics seen me and Rushed me to parkland hospital. ⑧ upon my arrival I was told by surgent If I didn't say aything I wouldn't Recieve a case and everything would be swept under the Rug. I was moved to 5west 5 population. I stayed there until I filed A

complaint. once I Filed the complaint I was moved to lockup and Restricted from my tablet use, my T.V privilages, video visits or the Right to use Law library on the Kiost. My move was one of Retaliation and of clear violation to my Due process. I was housed on 2 west lower for 95 days. The moment I filed a Grievance on Detective moffet I was Reassigned to population.

(9) let it be Noted that the chief secretary informed my mother ther was never any documents that supported the assult or medical attention. Also I have tryed to get the officers names who were involved in the assult but nobody has tended to my Request and I have been continueously ignored by I.A. (10) Detective moffit Retaliated Against me and violated my Due process by placing me in administrative custody for being a victim and Reporting the assult.

    C. Has any court ever warned or notified you that sanctions could be imposed?     \_\_\_\_YES **X** NO

    D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

       1. Court that issued warning (if federal, give the district and division): N/A
       2. Case number: N/A
       3. Approximate date warning was issued: N/A

Executed on: _____
           DATE

                                  (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this \_\_\_23\_\_\_ day of \_\_\_05\_\_\_, 20 \_22\_.
           (Day)          (month)       (year)

                            Dustin Sullivan
                            (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

## UNSWORN DECLARATION

I, Dustin Sullivan, BNO 21026675, being presently incarcerated in the Dallas County Jail, do hereby declare under penalty of perjury that the above and forgoing is true and correct.

EXECUTED ON 5-23-22 ~~2019~~

_____
Signature

## UNSWORN DECLARATION

I, Dustin Sullivan, BNO 21026675, being presently incarcerated in the Dallas County Jail, do hereby declare under penalty of perjury that the above and forgoing is true and correct.

EXECUTED ON 5-23-22 ~~2019~~

_____
Signature

Dustin Sullivan 21026675
135 N Riverfront Blvd Po Box 339
Dallas TX 75266

Legal MAIL
MAY 21 2022

United States District Court Clerk
1100 Commerce St. Rm 1452
Dallas TX, 75242

Please dont Bend