IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DUSTIN SULLIVAN,<br>Dall. Cnty. Jail Bookin No. 21026675,<br><br>　　　　Plaintiff,<br><br>V.<br><br>DALLAS COUNTY SHERIFF'S<br>DEPARTMENT, ET AL.,<br><br>　　　　Defendants. | § § § § § § § § § § § § | No. 3:22-cv-1162-G-BN |

## ORDER GRANTING MOTION FOR EXTENSION

The Court ordered Defendants Geronimo Garcia, Martin Nicholson, Emmanuel Hooks, Charles Patterson, Terry Speight, and Mariama Smith to move for summary judgment on qualified immunity by January 13, 2022. *See* Dkt. No. 14. Smith filed her motion. *See* Dkt. Nos. 50, 51. But, on January 13, Garcia, Nicholson, Hooks, Patterson, and Speight (the Moving Defendants), citing the workload of their counsel, moved to extend their deadline to move for summary judgment to February 3, 2023. *See* Dkt. No. 52. Although the Court presumes, under Local Civil Rule 7.1(b)(3), that Plaintiff Dustin Sullivan would oppose the relief requested, the Court, finding good cause, GRANTS the motion under Federal Rule of Civil Procedure 6(b)(1)(A), and each Moving Defendant must move for summary judgment on qualified immunity by **February 3, 2023**.

SO ORDERED.

DATED: January 18, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE