IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DUSTIN SULLIVAN, | § | |
| Dall. Cnty. Jail Bookin No. 21026675, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-1162-S-BN |
| | § | |
| DALLAS COUNTY SHERIFF'S | § | |
| DEPARTMENT, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING SECOND MOTION FOR EXTENSION

Granting their first motion for good cause under Federal Rule of Civil Procedure 6(b)(1)(A), the Court extended the deadline for Defendants Geronimo Garcia, Martin Nicholson, Emmanuel Hooks, Charles Patterson, and Terry Speight (Defendants) to move for summary judgment on qualified immunity to February 3, 2023. *See* Dkt. Nos. 52, 53. On that date, Defendants again moved for an extension, to February 17, 2023. *See* Dkt. No. 60. Although the Court presumes, under Local Civil Rule 7.1(b)(3), that Plaintiff Dustin Sullivan would oppose the relief requested, the Court, finding good cause, GRANTS the second motion for extension under Rule 6(b)(1)(A), and each Defendant must move for summary judgment on qualified immunity by **February 17, 2023**.

SO ORDERED.

DATED: February 6, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE