# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DUSTIN SULLIVAN, Dallas County Jail Booking No. 21026675 | § § § | |
| v. | § § | |
| DALLAS COUNTY SHERIFF'S DEPARTMENT, NFN MOFFIT, NFN NICHOLSON, NFN GARCIA, SGT. JANE DOE, NURSE JANE DOE, JOHN DOE, MARIAMA SMITH, EMMANUEL HOOKS, CHARLES PETERSON, and TERRY SPEIGHT | § § § § § § § § | CIVIL ACTION NO. 3:22-CV-1162-S-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff Dustin Sullivan's motion for a temporary restraining order [ECF No. 54].

**SO ORDERED**.

SIGNED March 9, 2023.

UNITED STATES DISTRICT JUDGE