IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DUSTIN SULLIVAN,<br>Dall. Cnty. Jail Bookin No. 21026675, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:22-cv-1162-S-BN |
| DALLAS COUNTY SHERIFF'S<br>DEPARTMENT, ET AL., | § § § | |
| Defendants. | § § § | |

## ORDER REQUIRING RESPONSES

Plaintiff Dustin Sullivan has moved for leave to conduct limited discovery in order to respond to the qualified immunity issues raised in the summary judgment motions. *See* Dkt. No. 77. Defendants must file responses by **June 9, 2023**. No reply is authorized. And this case remains administratively closed until further order of the Court.

SO ORDERED.

DATED: May 10, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE