IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DUSTIN SULLIVAN,<br>TDCJ No. 2458560, | §<br>§<br>§ | |
| Plaintiff, | §<br>§<br>§ | |
| V. | §<br>§ | No. 3:22-cv-1162-S-BN |
| DALLAS COUNTY SHERIFF'S<br>DEPARTMENT, ET AL., | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## ORDER SETTING REPLY DEADLINE

Plaintiff Dustin Sullivan filed responses to Defendants' motions for summary judgment on qualified immunity. *See* Dkt. Nos. 94 & 95. Defendants may file reply briefs by **June 14, 2024**. And this case remains stayed and administratively closed.

SO ORDERED.

DATED: May 14, 2024

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE