# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DUSTIN SULLIVAN, #2458560 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1162-S-BN |
| | § | |
| DALLAS COUNTY SHERIFF'S | § | |
| DEPARTMENT, *et al.* | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the Motion for Summary Judgment on Qualified Immunity of Defendant Maria Smith, LVN [ECF No. 50] and Defendants Geronimo Garcia, Martin Nicholson, Emmanuel Hooks, Charles Peterson, and Terry Speight's Motion for Summary Judgment on Qualified Immunity [ECF No. 63] are **GRANTED**, the claims against Defendants Smith, Garcia, Nicholson, Hooks, Peterson, and Speight are **DISMISSED WITH PREJUDICE**, and the claims against the Defendants Dallas County Sheriff's Department and Detective Moffit are **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED November 7, 2024.

_____
**UNITED STATES DISTRICT JUDGE**